**Ronald E. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41218.**

Missouri Court of Appeals,
Western District.

June 27, 1989.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Daryl R. Hylton, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from denial of motion after a hearing pursuant to Rule 29.15.

Judgment affirmed. Rule 84.16(b).